

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2014

No. 04-14-00064-CV

**PM MANAGEMENT-WURZBACH NC, LLC** d/b/a Trisun Care Center Wurzbach,
Appellant

v.

Ronald R. **ARMSTRONG,** Individually and as Heir of Helen Armstrong, Deceased; and Steven Vernon Armstrong, On Behalf of Michael Darrell Armstrong, an Incapacitated Person, Individually and as Heir of Helen Armstrong, Deceased,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01117
Honorable Gloria Saldana, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's January 15, 2014 order. Appellant timely filed its notice of appeal on January 27, 2014. *See* TEX. R. APP. P. 26.1(b). Accordingly, the clerk's record was due ten days later on February 6, 2014. *See* TEX. R. APP. P. 35.1(b). The record has not been filed.

On February 7, 2014, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

Accordingly, we **ORDER** appellant PM Management-Wurzbach NC, LLC d/b/a Trisun Care Center Wurzbach to provide written proof to this court on or before **February 17, 2014** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1; 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

We further **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the court reporter.



Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2014.



Keith E. Hottle

Clerk of Court